**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALDAHIR SANTANA GUZMAN,**

      **Plaintiff,**

**v.**                                     **Case No: 6:25-cv-2349-JSS-DCI**

**UNITED STATES CITIZENSHIP AND**
**IMMIGRATION SERVICES, et. al.,**

      **Defendants.**

_____

## ORDER

Pending before the Court is Plaintiff's "Unopposed Motion for Leave to Access and File Documents Electronically and Memorandum of Law in Support Thereof." Doc. 28 (the Motion). Plaintiff, proceeding pro se, complains that "to maintain paper filings imposes a severe economic strain" and Plaintiff "must routinely incur substantial out-of-pocket expenses to print multiple hard copies of every motion and filing, and physically ship those copies via certified mail to both the Court and the Defendants[.]" *Id*. at 2. Plaintiff states that Plaintiff has access to the internet and can electronically file documents. *Id*. at 1 to 2. Plaintiff adds that "[g]ranting electronic filing access will also promote the swift and orderly progression of this case, eliminate mailing delays, ensure the timely submission of pleadings, and reduce paper waste for both the Clerk's Office and the parties involved." *Id*. at 2.

The Motion is due to be denied. As a general matter, "[a]bsent a court order, a pro se litigant is not permitted to file documents in CM/ECF." Admin. Proc. for Elec. Filing § B (November 18, 2025). And "[p]ro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *See Huminski v.*

*Vermont*, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014); *McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (per curiam) (affirming denial of CM/ECF access for pro se litigant because there was "no good cause under the circumstances of the case to authorize his access."); *see also Gerow v. Blackwell*, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024) ("The Eleventh Circuit has routinely upheld this district's practice of denying CM/ECF access to pro se litigants absent a showing of good cause.") (citations omitted).

In this instance, Plaintiff has not shown any extenuating circumstances or good cause to authorize access to file via CM/ECF.  Plaintiff has litigated this matter since December 2025, and has successfully filed documents through the mail.  There is no showing that Plaintiff's lack of access to electronic filing has delayed the case or resulted in prejudice.  With respect to cost, Plaintiff may file in person or via U.S. mail as the Court does not require Plaintiff to file documents via certified mail.  The Court is not otherwise persuaded that filing future documents through U.S. mail or in person would be unduly burdensome.

While Plaintiff is concerned with the costs associated with filing, the Court notes that "[a]ny member of the public can access electronic records of the federal courts by registering online with PACER[.]" *Rothschild v. Anywhere Advisors LLC*, 2024 WL 2749245, at *1 (M.D. Fla. May 29, 2024).  The Court's Guide for Proceeding Without a Lawyer provides:

> If you have internet access, you may also register for PACER (Public Access to Court Electronic Records) and view and print the documents in a case. To register, go to the PACER registration page on the PACER website (www.pacer.gov) or call (800) 676-6856. Using PACER may cost $.10 a page for viewing or printing. PACER will give you details when you register. Problems with PACER should be addressed to PACER, not to the court.

United States District Court Middle District of Florida, *Guide for Proceeding Without a Lawyer*, p. 13 (Feb. 10, 2022) (available at https://www.flmd.uscourts.gov/sites/flmd/files /documents/flmd-guide-for-proceeding-without-a-lawyer.pdf ).  Also, beginning June 8, 2026, a

pro se litigant who is not incarcerated may submit a form online to receive electronic notification of future filings in his case. Plaintiff, however, has not established that good cause exists to permit access to electronic filing.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion (Doc. 28) is **DENIED**.

Ordered in Orlando, Florida on June 30, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy